UNITED STATES of America, Intervening Petitioner, Appellant, v. Jacob TEICH, an Individual, Trading as David Teitz and Son, and Continental Casualty Company, a Corporation Organized and Existing under the Laws of the State of Indiana, Appellees.

No. 4277.

Circuit Court of Appeals, Fourth Circuit.

Jan. 13, 1938.

Sterling Hutcheson, U. S. Atty., of Richmond, Va., and H. H. Holt, Jr., Asst. U. S. Atty., of Norfolk, Va., for appellant.

Braden Vandeventer, of Norfolk, Va., for appellees.

PER CURIAM.

Case dismissed under rule 20 in accordance with agreement of counsel.

UNITED STATES, Plaintiff-Appellee, v. Irving ZAFRIN and Irving Kremer, Defendants-Appellants.

No. 246.

Circuit Court of Appeals, Second Circuit.

March 10, 1938.

Maxwell Shapiro, of New York City, for appellants.

Harold St. L. O. Dougherty, U. S. Atty., of Brooklyn (Vine H. Smith, of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, L. HAND, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Judgment, 22 F.Supp. 601, affirmed in open court.

UNITED STATES of America ex rel. NG HAN WING, Next Friend and Father of Ng Foon Quong, Relator-Appellant, v. DIRECTOR OF IMMIGRATION AND NATURALIZATION AT THE PORT OF NEW YORK, Respondent-Appellee.

No. 272.

Circuit Court of Appeals, Second Circuit.

April 4, 1938.

James C. Thomas, of New York City, for appellant.

Lamar Hardy, U. S. Atty., of New York City (Jay Slonim, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.